## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| **SANDIP DASHRATHBHAI PATEL,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-638** |
| | § | |
| **MARIO GARCIA, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus 28 USC § 2241, (Dkt. No. 1), and Respondents' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, (Dkt. No. 7).

Respondents note that Petitioner's detention began in November 2025 following "multiple violations of the Alternative to Detention [(ATD)] Program." (Dkt. No. 7; *see also* Dkt. No. 7-1 at 3). Specifically, Petitioner's alleged ATD violations include a missed biometric check-in on September 27, 2024, and home visit failures on May 2, 2025, and June 26, 2025. (Dkt. No. 7-1 at 3).

The Court **ORDERS** Petitioner to file supplemental briefing **by May 22, 2026**, that addresses the alleged violations and their effect, if any, on Petitioner's detention. Petitioner should specifically address whether these violations demonstrate that Respondents made an individualized determination that Petitioner should be detained for a failure to comply with his conditions of release. Respondents may file a reply **by May 29, 2026**.

It is so **ORDERED**.

**SIGNED** on May 15, 2026.

_____
John A. Kazen
United States District Judge